# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SEAVER, individually,<br><br>Plaintiff,<br><br>v.<br><br>ROSEBURG FOREST PRODUCTS CO., an Oregon corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01818-TLN-DMC<br><br>[Hon. Judge Troy L. Nunley]<br><br>**ORDER APPROVING STIPULATION TO REMAND CASE TO SISKIYOU COUNTY SUPERIOR COURT [DKT. 14]**<br><br>Action Filed:   07/26/2023<br>Removal Filed: 08/25/2023 |

On June 10, 2024, the Parties filed a Stipulation to Remand Case to Siskiyou County Superior Court [Dkt. 14] ("Stipulation"). Having considered the Stipulation, and finding good cause therefor, the court APPROVES the stipulation and hereby REMANDS the action to the Siskiyou County Superior Court. The court VACATES all remaining pretrial and trial dates and deadlines. Each party shall bear their own costs and attorney's fees incurred in connection with the removal and remand of this action.

IT IS SO ORDERED.

Dated: June 11, 2024

_____
Troy L. Nunley
United States District Judge